Cesar Gavidia Jr # 243992, cesar@diattorney.com
ATTORNEYS DELL & SCHAEFER, CHTD.
2404 Hollywood Blvd.
Hollywood, Florida 33020
Telephone: (954) 620-8300
Facsimile: (800) 380-6151

Attorney for Plaintiff
Ruben Ordaz

ROBERT E. HESS (SBN CA 178042)
rhess@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Avenue, Suite 3600
Los Angeles, CA 90071-3476
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ORDAZ<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY<br><br>    Defendants. | Case No. 8:20-cv-00902- JLS-KES<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: May 14, 2020<br>Trial Date: None Set<br>Judge: Hon. Josephine L. Staton |

Case No. 8:20-CV-00902- JLS-KES
THE PARTIES' JOINT STIPULATION OF ENTIRE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

# STIPULATION

Pursuant to Federal Rule of Civil Procedure Rule 41(a), and following the settlement of this matter, Plaintiff Ruben Ordaz and Defendant Metropolitan Life Insurance Company, by and through their respective attorneys of record, hereby stipulate that this entire action shall be dismissed with prejudice.  The parties further stipulate that each party shall bear his or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: September 22, 2020          DELL & SCHAEFER CHARTERED

By:  /s/ Cesar Gavidia_____
     Cesar Gavidia
     Attorney for Plaintiff
     Ruben Ordaz

DATED: September 22, 2020          HINSHAW & CULBERTSON, LLP

By:  */s/ Robert Hess*
     Robert Hess
     Attorneys for Defendant
     Metropolitan Life Insurance Company

39783175.1